IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMONT SAUNDERS | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 16-2690 |
| | : | |
| LARRY MAHALLY, ET AL. | : | |

## ORDER

This 25th day of May, 2021, it is hereby **ORDERED** that:

1. Petitioner's Motion for Relief from Final Order, ECF 28, is **DENIED** with prejudice.

2. A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's disposition of Petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel,* 529 U.S. 473, 484 (2000); and,

3. The Clerk of the Court shall mark this case closed for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge